United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 18, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-41292
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FIDEL RODRIGUEZ-SANCHEZ, also known as Fidel Rodriguez-Liberato,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:06-CR-267-ALL
--------------------

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM:[*]

Fidel Rodriguez-Sanchez appeals the sentence imposed following his guilty-plea conviction for being found in the United States after deportation after having previously been convicted of an aggravated felony in violation of 8 U.S.C. § 1326(a) and (b). Rodriguez-Sanchez's sole issue on appeal is that the district court erred by ordering him to cooperate in the collection of a DNA sample as a condition of supervised release. This claim is not ripe for review on direct appeal. See United

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

<u>States v. Carmichael</u>, 343 F.3d 756, 761-62 (5th Cir. 2003).

Rodriguez-Sanchez concedes that this issue is foreclosed.

APPEAL DISMISSED.